Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

Tampa Division

|  |  |
|---|---|
| Gerald McIntire | Case No. _____ <br> *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)*  ☒ Yes   ☐ No |
| -v- |  |
| Pinellas County and Clearwater Beach |  |
| *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) |  |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non−Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jerry McIntie |
| Address | 104 Kenwood Road apt. 458 |
| | Champaign, IL 61821 |
| | *City* *State* *Zip Code* |
| County | Champaign |
| Telephone Number | 217-850-2616 |
| E-Mail Address | mcintirejerry@live.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Paul Valenti |
| Job or Title *(if known)* | Director Miami EEOC |
| Address | 100 SE Second Street |
| | Miami, FL 33131 |
| | *City* *State* *Zip Code* |
| County | Dade |
| Telephone Number | 1-305-808-1740 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Daniel Slaughter |
| Job or Title *(if known)* | Chief of Police |
| Address | 645 Pierce Street |
| | Clearwater Beach, FL 33756 |
| | *City* *State* *Zip Code* |
| County | Pinellas |
| Telephone Number | 727-562-4242 |
| E-Mail Address *(if known)* | police@myclearwater.com |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

☐ Individual capacity    ☐ Official capacity

Defendant No. 3
- Name: Jeffrey Lorick
- Job or Title *(if known)*: Director Pinellas County Office of Human Rights
- Address: 400 S. Ft. Harrison Avenue #5
  - City: Clearwater Beach
  - State: FL
  - Zip Code:
- County: Pinellas
- Telephone Number: 727-464-4880
- E-Mail Address *(if known)*: jlorick@co.pinellas.fl.us

☐ Individual capacity    ☒ Official capacity

Defendant No. 4
- Name: Mark Esparza
- Job or Title *(if known)*: Fair Housing administrator
- Address: 400 S. Ft. Harrison Avenue #5
  - City: Clearwater Beach
  - State: FL
  - Zip Code:
- County: Pinellas
- Telephone Number: 727-464-4880
- E-Mail Address *(if known)*: mesparza@co.pinellas.fl.us

☐ Individual capacity    ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Defendants Daniel Slaughter and Paul Valenti refused to enforce relevant civil and criminal laws designed to protect plaintiff for the actions of the Clearwater Housing Authority and DRAB. INC.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Paul Valenti used his authority as the Exectutive Director of the Pinellas County Office of Human Rights to materially misrepresent the availability of Plaintiff witnesses Jeannine Kohlmeyer and Eric Leonard in order to justify his no reasonable cause decision in my case. Paul Valenti also kept the defendants The Clearwater Housing Authortiy and Drab. Inc. off the record entirely in order to justify his fraudulent assesment that there was not enough evidence to support a charge of housing discrimination

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

400 S. Ft. Harrison Ave. #5 Clearwater Beach FL 33756

B. What date and approximate time did the events giving rise to your claim(s) occur?

October 4th 2020

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

IIn August of 2019 I resided at 1767 Leo Lane S. apt. 204 in Clearwater Beach Florida when I began experiencing unusual medical symptoms initaially what I described as veritgo.  My brother Eric became concerned about me an, because he hadn't yet been born when I had the original surgeries in the Fall of 1976, he had a difficult time comprehending the true nature of the neurological symptoms I was experiencing.  To be honest, this shuMnt malfunctuion manifested itself diffenrently than previous epoisodes so even I had a difficult time truly grasping the nature of my symptoms.  Finally the symptoms became so pronounced that my brother drove me to the emergency room at Carle clinic.  Unfortunately, the ER physician refused to do any diagnostic tests to confirm the correct diagnosis and sent me home with muscle relaxers.  My condition continued to deteriorate until about one week later when I rode with my Mother to Mooresville Indiana where I was taken for emergency surgery,by ambulance to the University of Indiana.  As a direct result of complications casued by my Insurance Company the old shunt was not allowed to be removed and the less than ideal placement of the new shunt caused severe complications that initially left me without the ability to walk safely on my own.  My landlord was aware of my comprimised health and need for an extended stay out of state in order to continue rehab so that I may safely traverse the stairway leading up to and down from my second floor apartment and she admitted as much in her answer to my fair housing complaint which I petitioned the Pinellas County Office of Human Rights to investigate.  My landlord also acknowledged the need for me to be able to not only myself but both of my service animals up and down the stairs.  My landlords greed drove her tro expoit her knowledge of my medical impairment by removing all of my property and changing the locks without an order of eviction from a judge.  Police Chief Daniel Slaughter refused to acknowledge the possible criminal implications of my landlord and/or her agent's actions and open an appropriate investigation into the matter.  Paul Valenti opened an investigation but refused to put any of the defendants on the record and lied about the availability of wintesses favorable to the plantiff.

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

   1. Lost residency in Clearwater Beach Florida 2. Lost all of my property 3. Lost compensation pursuant to civil remedies as provided by law

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. Actual Damages 2. Punitive Damages 3. Exemplary Damages 4.. Writ of Mandamus ordering the immediate port of my Housing Choice Voucher Benefits from the Champaign Housing Authority back to the Clearwater Housing Authortiy

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case−related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 10, 2021

Signature of Plaintiff   S/
Printed Name of Plaintiff   Jerry McIntire

### B. For Attorneys

Date of signing:   +

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Address | |
| | *City    State    Zip Code* |
| Telephone Number | |
| E-mail Address | |